# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LONNIE WALKER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-287-RAW-SPS |
| | ) |
| **MICHAEL J. ASTRUE**, | ) |
| **Commissioner of Social** | ) |
| **Security Administration**, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

By order entered this date, this court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED** this 30th day of September, 2011.

**Dated this 30th day of September, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma